**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

ERIC & JUDY VARTDAL, Individually
and as Next Friend of Minor, ERIC
VARTDAL,

   Plaintiffs,

v.                **CASE NO. 2:03-CV-675-CEH-DNF**

AMERICAN HOME PRODUCTS d/b/a
WYETH CO., WYETH-AYERST
LABORATORIES and LEDERLE
LABORATORIES, INC., AVENTIS
PASTEUR, INC., Individually and as
Successor-In-Interest to CONNAUGHT
LABORATORIES, INC.,;
GLAXOSMITHKLINE, Individually and as
Successor-In-Interest to SMITHKLINE
BEECHAM CORP.; MERCK & CO, INC.;
SIGMA-ALDRICH, INC.; SPECTRUM
LABORATORY PRODUCTS, INC.; ELI
LILLY AND COMPANY; JOHN DOE
CORPORATE DEFENDANTS 1-10; LEE
MEMORIAL HEALTH SYSTEM f/k/a
HOSPITAL BOARD OF DIRECTORS OF
LEE COUNTY d/b/a LEE PHYSICIANS
GROUP; and JOHN DOE, M.D.,

   Defendants.
_____/

## **ORDER**

  This cause comes before the Court upon the Report and Recommendation filed by United States Magistrate Judge Douglas N. Frazier on December 19, 2011 (Doc. 80). In the Report and Recommendation, Judge Frazier recommends that this action be dismissed for failure to

prosecute. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate that this case should be dismissed for want of prosecution. *See* M.D.Fla. Local Rule 3.10(a). Plaintiffs have failed to comply with the Court's Orders, including failing to either retain new counsel or inform the Court that they were proceeding *pro se* pursuant to the Order entered on October 24, 2011 (Doc. 78), and subsequently failing to respond to the Order to Show Cause entered on November 28, 2011 (Doc. 79). Thus, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 80) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. This action is **DISMISSED**, without prejudice.

3. The Clerk is directed to terminate all deadlines, enter judgment accordingly, and close this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on January 10, 2012

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

COPIES TO:

2

COUNSEL OF RECORD